

UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
ERIE Division

# 06000110    SP
December 2, 2005

Code    Case #    Qty    Amount
IND FELO 02-19 ERIE

TOTAL →    100.00

FROM: ERIKA DUNSTON