SCANNED

## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| United States of America ) | |
| ) | |
| vs. ) | Criminal Number 02-19E |
| ) | |
| Erica Dunston ) | |

The above named defendant satisfied the judgment of December 04, 2002 by paying on December 02, 2005 the full balance due on his/her court ordered:

    __X__ Assessment
    _____ Fine
    _____ Costs
    _____ other

The Court's docket and judgment index should be marked to reflect satisfaction of the judgment.

_____  12/23/05
Deputy Clerk                               Date